IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**VALERIE FAIRRES, and**
**BRIAN FAIRRES, husband and wife,**

    Plaintiffs,

v.     Civil No. 2:08-CV-1183; WJ/ACT

**THOMAS BYRNE, M.D.,**

    Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

**COME NOW** Plaintiffs, and Defendant Thomas Byrne, M.D., by and through their respective attorneys of record and hereby stipulate to the Dismissal With Prejudice of the above entitled cause, including all claims and causes of action that were included or could have been included therein, all such issues and claims having been resolved.

    Respectfully submitted,

    **ATWOOD, MALONE, TURNER & SABIN, P.A.**

    *Electronically Transmitted*
    Carla A. Neusch Williams, Esq.
    Lee M. Rogers, Jr., Esq.
    P.O. Drawer 700
    Roswell, NM 88202-0700
    575-622-6221
    Attorneys for Defendant Thomas Byrne, MD

*Approved by:*

**THOMAS F. STEWART, ATTORNEY AT LAW**

 *Electronically Approved 08/09/10*
Thomas F. Stewart, Esq.
P.O. Box 3046
Silver City, NM 88062
575-538-5353

*and*
**BETTE VELARDE, ATTORNEY AT LAW**
Bette Velarde, Esq.
1228 Central Ave., SW
Albuquerque, NM 87102
505-842-0062
*Attorneys for Plaintiffs*